**E.I. DUPONT DE NEMOURS & CO., INC., ICI Americas, Inc., and Hoechst Celanese Corp., Plaintiffs,**

v.

**The UNITED STATES, Defendant,**

and

**SKC Limited, SKC America, Inc., and Cheil Synthetics, Inc., Defendants–Intervenors.**

**Slip Op. 97–17.
Court No. 91–07–00487.**

United States Court of International Trade.

Feb. 5, 1997.

## JUDGMENT

MUSGRAVE, Judge.

Upon consideration of the Consent Motion of SKC Limited and SKC America, Inc. for

---

Affirmance of Redetermination on Remand, and all pleadings, papers and proceedings herein, it is hereby

**ORDERED** that said motion be, and the same hereby is, granted; and it is further

**ORDERED** that the U.S. Department of Commerce's remand determination dated May 20, 1996 is affirmed; and it is further

**ORDERED** that Final Judgment in this action is entered accordingly.